**SO ORDERED:**
Respondent is directed to respond to this application by April 13, 2022.

*Judith C. McCarthy* 4-8-22
JUDITH C. McCARTHY
United States Magistrate Judge

RECEIVED MAR 25 2022 PRO SE OFFICE

RECEIVED MAR 25 2022 U.S.D.C. W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Jessamy

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Amy LaManna, Supt.

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 9242 ( NSR ) ( JCM )

**Application for the Court to Request Pro Bono Counsel**

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [X] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   The issues raised in Petitioner's moving papers involve complex matters of law that as a layman of the law, Petitioner, moving pro se, is unable to competently litigate the matter and respectfully prays this Court assign a pro bono attorney to perfect his moving papers and raise the strongest argument.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

Petitioner has contacted the Innocence Project requesting help in presenting his appeals for the Courts consideration. They responded and requested transcripts etc. To date, no further representation has been retained. I forgot that, I did a attorney from the federal defender, name (Ben Gold) He use to be at legal aid of Westchester. 300 Quarropas St, Room 260 White Plains. I have not heard anything from him.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

_3-22-22_
Date

_Thomas L. Jessamy_
Signature

_Thomas Jessamy_
Name (Last, First, MI)

_19A0719_
Prison Identification # (if incarcerated)

_G.H.C.F. 594 Rt.216     Stormville,      N.Y.     12582_
Address                       City             State    Zip Code

_____
Telephone Number

_____
E-mail Address (if available)

2

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Thomas L. Tessamy    DIN: 19A-0717

RECEIVED
MAR 25 2022
U.S.D.C.
W.P.

Clerk
United States District Court
Southern District of New York
Charles L. Brient, Jr.
Federal Building And United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Legal