UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THOMAS JESSAMY,

                          Petitioner,

   -against-                                        **ORDER**

AMY LAMANNA, Superintendent,                 21 Civ. 9242 (NSR)(JCM)

                          Respondent.

-------------------------------------------------------------X

      On July 26, 2022, the Court received a letter from petitioner Thomas Jessamy ("Petitioner") that appears to renew his previous requests for *pro bono* counsel and bail pending the Court's decision on his petition for writ of *habeas corpus*. (Docket No. 41; *see also* Docket Nos. 13; 14; 30; 33). The Court denied these requests in orders dated February 22 and April 21, 2022 (the "Orders"). (Docket Nos. 18; 37). The Court has reviewed Petitioner's renewed requests and does not find any change in circumstances in Petitioner's case that would warrant the appointment of counsel or bail at this time.

      Accordingly, for the reasons set forth in this Court's previous Orders, Petitioner's application is denied without prejudice. The Clerk of the Court is respectfully requested to terminate the pending application (Docket No. 41) and mail a copy of this Order to the *pro se* Petitioner.

Dated:   August 1, 2022
           White Plains, New York

                                                    **SO ORDERED:**

                                                   _____
                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge