Pro-se Intake

8-2-23

United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

Thomas L. Jessamy
19-A-0719
Greenhaven Correctional
Facility, P.O. Box 4000
Stormville, NY 12582

Federal Rule of Civil Procedure Rule 56 Motion
For Summary Judgment or Partial Judgment

Cited   Willie James, Jr., Petitioner,

v

M.L. Williams, Superintendent, Respondent,
And
Howard R. Relin, District Attorney of Monroe County
Intervenor Respondent
No. 97-CV-0065 E (SC) July 1999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2024

**MEMO ENDORSED**

MEMORANDUM And ORDER
Not only was this effective assistance of counsel at me criminal trial.
This illegal prosecution, ethic violation, and prosecutor misconduct, by a former prosecutor.
Sincerely & Respectfully
Thomas L. Jessamy

---

The Court DENIES Petitioner's motion for summary judgment, which was filed during the pendency of his habeas petition. "Motions for summary judgment are rarely appropriate in the context of habeas corpus actions," *Chase v. Wolcott*, 9:21-CV-0473 (MAD/TWD), 2021 WL 5232689, at *3 (N.D.N.Y. Nov. 10, 2021) (collecting cases). Moreover, the arguments in Petitioner's motion are duplicative of those in his habeas petition. (*See* ECF No. 2.) The Clerk of Court is kindly directed to terminate the motion at ECF No. 58, mail a copy of this endorsement to pro se Petitioner and show service on the docket.

Dated: April 3, 2024
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Thomas L. Jessam  DIN: 19-A-0718

Pro-se Intake
United State District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

Legal

FIRST CLASS MAIL
$000.63
08/03/2023
ZIP 12582
041M11466906