**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THOMAS L. JESSAMY,

                       Petitioner,                      21 **CIVIL** 9242 (NSR)(JCM)

        -against-                                **JUDGMENT**

AMY LAMANNA, SUPERINTENDENT, N.Y.S.
D.O.C.C.S.

                       Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 11, 2025, and for the reasons delineated in the opinion and those delineated in MJ McCarthy's thorough and well-reasoned R&R, which the Court has adopted, the petition for a *writ of habeas corpus* is denied. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c)(2). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          July 14, 2025

                                                            **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                             **BY:**        *K. Mango*

                                                             **Deputy Clerk**